# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>PARADIGM COMMUNITY ASSOCIATION MANAGEMENT, INC., a California corporation; PARADIGM ASSOCIATION MANAGEMENT GROUP, LLC, a California corporation; MK MANAGEMENT SERVICES, INC., a California corporation; KRISTIN DAVIS, an individual; MELISSA HOFF, an individual; COMMUNITY ASSOCIATION BANC, a banking corporation; BANK OF THE WEST, a banking corporation; WELLS FARGO BANK, a banking corporation; PREMIERE AMERICA CREDIT UNION, a banking corporation; and DOES 1 to 100,<br><br>            Defendants. | Case No. CV-10-08781-R (FMOx)<br><br>**PRELIMINARY INJUNCTION** |

The application of plaintiff for the preliminary injunction came on regularly for hearing by the court on November 29, 2010 in accordance with an order to show cause issued by this court on November 17, 2010.  Plaintiff, HARTFORD FIRE

833483.1 0022.632

INSURANCE COMPANY, appeared by counsel Joseph P. Tabrisky, Esq.  No written opposition was filed by any of the named defendants and no appearance was made by any of the named defendants.  On proof made to the Court's satisfaction, and good cause appearing thereby:

IT IS HEREBY ORDERED that during the pendency of this action the above-named defendants, and each of them, and their officers, agents, employees, representatives, and all persons acting in concert or participating with them, are enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any of the following acts:

1.   COMMUNITY ASSOCIATION BANC ("CAB") is enjoined from transferring or withdrawing any funds out of the accounts of PARADIGM COMMUNITY ASSOCIATION MANAGEMENT, INC. ("PARADIGM INC."); PARADIGM ASSOCIATION MANAGEMENT GROUP, LLC ("PARADIGM LLC") (PARADIGM INC and PARADIGM LLC are collectively referred to herein as "PARADIGM"); including without limitation funds in Account No. 24850018.

2.   WELLS FARGO BANK is enjoined from transferring or withdrawing any funds out of the accounts of PARADIGM; including without limitation, accounts located at WELLS FARGO's branch at 390 North Brea Boulevard, Brea, California.

3.   KRISTIN DAVIS ("DAVIS"), MELISSA HOFF("HOFF"), PARADIGM and their agents, assigns and heirs are enjoined from transferring or withdrawing any funds or assets from WELLS FARGO BANK and CAB.

4.   PREMIERE AMERICA CREDIT UNION ("PACU") is enjoined from transferring or withdrawing any funds out of the accounts of defendant MK MANAGEMENT SERVICES, INC. ("MK"); including without limitation, accounts located at PACU's branch at 140 West Hillcrest Drive, Thousand Oaks, California.

5.   DAVIS, HOFF, MK and their agents, assigns and heirs are enjoined from transferring or withdrawing any funds or assets from PACU.

6. DAVIS and her agents, assigns and heirs are enjoined from transferring or withdrawing any funds or assets from any accounts located anywhere except reasonable and necessary living expenses in an amount not exceeding $ 2,500.00 total, per month.

7. DAVIS and her agents, assigns and heirs are enjoined from encumbering or transferring ownership or possession of any personal property, including but not limited to cash, certificates of deposit, bonds, checks, drafts, jewelry, precious metals, automobiles and the like.

8. HOFF and her agents, assigns and heirs are enjoined from encumbering or transferring ownership or possession of any personal property, including but not limited to cash, certificates of deposit, bonds, checks, drafts, jewelry, precious metals, automobiles and the like.

DATED: Dec. 2, 2010

_____
JUDGE